Form B16B
6/90

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: **Reginald Rucker**          Case No. _____

 

_____      Judge: _____

Debtor(s).      Chapter **7** _____

Pay Advices from the Employer for Debtor(s) for a 60-Day Period Preceding the
Commencement of the Case Required by Rule 1007(b) & (c), Fed.R.Bankr.P.
The following is true about the attached documents:

_____ All pay stubs received in the 60 days immediately prior to filing this case
have been attached.

**X**_____ The Debtor has received no pay advices within the 60 days prior to filing this
case and is not required to file any further documentation by Section 521.

_____ The Debtor has had a gap in employment within the 60 days prior to filing
this case and the attached pay advices comply fully with the pay advice
requirements of Section 521.

_____ The Debtor has not yet received pay advices for the income most recently
earned and the attached pay advices comply fully with the pay advice
requirements of Section 521.

_____ There are pay advices required to be filed pursuant to Section 521 that are
not attached to this cover sheet. Said documents shall be filed within 45
days of the commencement of this case, or an extension will be filed
requesting an additional 45 days.

_____ Other. _____

Additional Explanation Regarding Pay Advices, if necessary:

_____

The Debtor is retired and does not receive pay advices

_____

Submitted By:
/s/Keith L. Borders
_____          **11/20/2018**
Keith L. Borders (0073020)          _____
3401 Enterprise Parkway, Suite 340      Date
Beachwood, Ohio 44122
(216)766-5704, (216)766-5708 fax
kblaw123@gmail.com



| Pay Group: | XJTFA | Business Unit: | ASA |
|---|---|---|---|
| Pay Begin Date: | 11/01/2018 | Advice #: | 1982568 |
| Pay End Date: | 11/15/2018 | Advice Date: | 11/15/2018 |

Darlene Rucker
4517 St. Germain Blvd
Warrensville Hts., OH 44128

SSN: XXX-XX-6072

| Employee ID: | 7030166 |
|---|---|
| Group: | IFOPRS |
| Location: | CLE |
| Job Title | Flight Attendant |
| Pay Rate: | 38.00 Hourly |

| TAX DATA | Federal | State Res | State Work |
|---|---|---|---|
| Marital Status: | W | S | S |
| Allowances: | 2 | 2 | 2 |
| Addl. Amt: | 0.00 | 0.00 | 0.00 |

## HOURS AND EARNINGS AND EARNINGS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|
| HolPay | 0.0000 | 0.00 | 0.00 | 28.15 |
| Non Txbl PerDm | 0.0000 | 0.00 | 0.00 | 808.22 |
| Over Guarantee | 38.0000 | 0.10 | 3.80 | 2092.66 |
| Perf Plus Bonus | 0.0000 | 0.00 | 0.00 | 300.00 |
| Perf Plus Bonus | 0.0000 | 0.00 | 0.00 | 775.00 |
| Regular Wages | 38.0000 | 40.00 | 1520.00 | 27274.88 |
| Sick Pay | 0.0000 | 0.00 | 0.00 | 91.20 |
| Training Pay | 38.0000 | 1.00 | 38.00 | 38.00 |
| Txbl PerDiem | 1.9500 | 119.80 | 233.61 | 1796.68 |
| Vac LostBl | 0.0000 | 0.00 | 0.00 | 210.14 |
| Vacation Pay | 0.0000 | 0.00 | 0.00 | 3945.54 |
| **Total:** | | **160.90** | **1795.41** | **37360.47** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Income Tax | 101.62 | 2091.29 |
| Employee Medicare | 22.75 | 461.12 |
| Social Security Empl | 97.29 | 1971.70 |
| OH State Income Tax | 31.45 | 618.21 |
| **Total:** | **253.11** | **5142.32** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

## BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401k Pre | 156.18 | 3475.57 |
| Dental | 21.32 | 447.72 |
| Medical | 173.50 | 3643.50 |
| Vac Buy | 31.40 | 659.40 |
| **Total:** | **382.40** | **8226.19** |

## AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401kLoan | 451.72 | 9486.12 |
| LTD | 11.25 | 236.25 |
| UIAM Dues | 61.28 | 674.08 |
| **Total:** | **524.25** | **10396.45** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1795.41 | 1413.01 | 253.11 | 906.65 | 635.65 |
| YTD: | 37360.47 | 28326.06 | 5142.32 | 18622.64 | 13595.51 |

| SICK HOURS | | VACATION HOURS | |
|---|---|---|---|
| Start Balance: | 366.78 | Year Start Balance: | 124.83 |
| + Earned: | 0.00 | | |
| - Taken: | 0.00 | - YTD Taken: | 84.00 |
| End Balance: | 366.78 | End Balance: | 40.83 |

| NET PAY DISTRIBUTION | | |
|---|---|---|
| XXXXX3355 | Checking | 635.65 |
| **Total:** | | **635.65** |

Message:

 **EXPRESSJET**

| | |
|---|---|
| Pay Group: | XJTFA |
| Pay Begin Date: | 10/16/2018 |
| Pay End Date: | 10/31/2018 |

| | |
|---|---|
| Business Unit: | ASA |
| Advice #: | 1979260 |
| Advice Date: | 10/31/2018 |

Darlene Rucker
4517 St. Germain Blvd
Warrensville Hts., OH 44128

SSN: XXX-XX-6072

| | |
|---|---|
| Employee ID: | 7030166 |
| Group: | IFOPRS |
| Location: | CLE |
| Job Title | Flight Attendant |
| Pay Rate: | 38.00 Hourly |

| TAX DATA | Federal | State Res | State Work |
|---|---|---|---|
| Marital Status: | W | S | S |
| Allowances: | 2 | 2 | 2 |
| Addl. Amt: | 0.00 | 0.00 | 0.00 |

## HOURS AND EARNINGS AND EARNINGS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|
| HolPay | 0.0000 | 0.00 | 0.00 | 28.15 |
| Non Txbl PerDm | 0.0000 | 0.00 | 0.00 | 808.22 |
| Over Guarantee | 0.0000 | 0.00 | 0.00 | 2088.86 |
| Perf Plus Bonus | 0.0000 | 0.00 | 0.00 | 300.00 |
| Perf Plus Bonus | 0.0000 | 0.00 | 0.00 | 775.00 |
| Regular Wages | 38.0000 | 40.00 | 1520.00 | 25754.88 |
| Sick Pay | 0.0000 | 0.00 | 0.00 | 91.20 |
| Txbl PerDiem | 0.0000 | 0.00 | 0.00 | 1563.07 |
| Vac LostBl | 0.0000 | 0.00 | 0.00 | 210.14 |
| Vacation Pay | 0.0000 | 0.00 | 0.00 | 3945.54 |
| **Total:** | | **40.00** | **1520.00** | **35565.06** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Income Tax | 69.08 | 1989.67 |
| Employee Medicare | 18.76 | 438.37 |
| Social Security Empl | 80.21 | 1874.41 |
| OH State Income Tax | 22.40 | 586.76 |
| **Total:** | **190.45** | **4889.21** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| | | |

### BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401k Pre | 152.00 | 3319.39 |
| Dental | 21.32 | 426.40 |
| Medical | 173.50 | 3470.00 |
| Vac Buy | 31.40 | 628.00 |
| **Total:** | **378.22** | **7843.79** |

### AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401kLoan | 451.72 | 9034.40 |
| LTD | 11.25 | 225.00 |
| UIAM Dues | 0.00 | 612.80 |
| **Total:** | **462.97** | **9872.20** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1520.00 | 1141.78 | 190.45 | 841.19 | 488.36 |
| YTD: | 35565.06 | 26913.05 | 4889.21 | 17715.99 | 12959.86 |

### SICK HOURS

| | |
|---|---|
| Start Balance: | 362.78 |
| + Earned: | 4.00 |
| - Taken: | 0.00 |
| End Balance: | 366.78 |

### VACATION HOURS

| | |
|---|---|
| Year Start Balance: | 124.83 |
| - YTD Taken: | 84.00 |
| End Balance: | 40.83 |

### NET PAY DISTRIBUTION

| XXXXX3355 | Checking | 488.36 |
|---|---|---|
| **Total:** | | **488.36** |

Message:



| Pay Group: | XJTFA | Business Unit: | ASA |
|---|---|---|---|
| Pay Begin Date: | 10/01/2018 | Advice #: | 1972807 |
| Pay End Date: | 10/15/2018 | Advice Date: | 10/15/2018 |

| Darlene Rucker<br>4517 St. Germain Blvd<br>Warrensville Hts., OH 44128<br><br>SSN: XXX-XX-6072 | Employee ID: 7030166<br>Group: IFOPRS<br>Location: CLE<br>Job Title Flight Attendant<br>Pay Rate: 38.00 Hourly | TAX DATA | Federal | State Res | State Work |
|---|---|---|---|---|---|
| | | Marital Status: | W | S | S |
| | | Allowances: | 2 | 2 | 2 |
| | | Addl. Amt: | 0.00 | 0.00 | 0.00 |

## HOURS AND EARNINGS AND EARNINGS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|---|
| HolPay | 0.0000 | 0.00 | 0.00 | 28.15 |
| Non Txbl PerDm | 1.9000 | 56.32 | 107.01 | 808.22 |
| Over Guarantee | 38.0000 | 13.95 | 530.10 | 2088.86 |
| Perf Plus Bonus | 0.0000 | 0.00 | 0.00 | 300.00 |
| Perf Plus Bonus | 0.0000 | 0.00 | 0.00 | 600.00 |
| Regular Wages | 38.0000 | 40.00 | 1520.00 | 24234.88 |
| Sick Pay | 0.0000 | 0.00 | 0.00 | 91.20 |
| Txbl PerDiem | 1.9000 | 121.78 | 231.38 | 1563.07 |
| Vac LostBl | 0.0000 | 0.00 | 0.00 | 210.14 |
| Vacation Pay | 0.0000 | 0.00 | 0.00 | 3945.54 |
| **Total:** | | **232.05** | **2388.49** | **33870.06** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Income Tax | 154.09 | 1885.94 |
| Employee Medicare | 29.80 | 417.07 |
| Social Security Empl | 127.43 | 1783.35 |
| OH State Income Tax | 46.76 | 558.85 |
| **Total:** | **358.08** | **4645.21** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| | | |

## BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401k Pre | 205.01 | 3149.89 |
| Dental | 21.32 | 405.08 |
| Medical | 173.50 | 3296.50 |
| Vac Buy | 31.40 | 596.60 |
| **Total:** | **431.23** | **7448.07** |

## AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401kLoan | 451.72 | 8582.68 |
| LTD | 11.25 | 213.75 |
| UIAM Dues | 61.28 | 612.80 |
| **Total:** | **524.25** | **9409.23** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2388.49 | 1850.25 | 358.08 | 955.48 | 1074.93 |
| YTD: | 33870.06 | 25613.77 | 4645.21 | 16857.30 | 12367.55 |

| SICK HOURS | | VACATION HOURS | |
|---|---|---|---|
| Start Balance: | 362.78 | Year Start Balance: | 124.83 |
| + Earned: | 0.00 | | |
| - Taken: | 0.00 | - YTD Taken: | 84.00 |
| End Balance: | 362.78 | End Balance: | 40.83 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| XXXXX3355 | Checking | 1074.93 |
| **Total:** | | **1074.93** |

Message:

18-17036-jps    Doc 4    FILED 11/26/18    ENTERED 11/26/18 12:48:46    Page 4 of 5

 EXPRESS

| Pay Group: | XJTFA | Business Unit: | ASA |
| Pay Begin Date: | 09/16/2018 | Advice #: | 1968693 |
| Pay End Date: | 09/30/2018 | Advice Date: | 09/28/2018 |

Darlene Rucker
4517 St. Germain Blvd
Warrensville Hts., OH 44128

SSN: XXX-XX-6072

| Employee ID: | 7030166 |
| Group: | IFOPRS |
| Location: | CLE |
| Job Title | Flight Attendant |
| Pay Rate: | 38.00 Hourly |

| TAX DATA | Federal | State Res | State Work |
|---|---|---|---|
| Marital Status: | W | S | S |
| Allowances: | 2 | 2 | 2 |
| Addl. Amt: | 0.00 | 0.00 | 0.00 |

## HOURS AND EARNINGS AND EARNINGS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Earnings |
|---|---|---|---|---|
| HolPay | 0.0000 | 0.00 | 0.00 | 28.15 |
| Non Txbl PerDm | 0.0000 | 0.00 | 0.00 | 701.21 |
| Over Guarantee | 0.0000 | 0.00 | 0.00 | 1558.76 |
| Perf Plus Bonus | 0.0000 | 0.00 | 0.00 | 300.00 |
| Perf Plus Bonus | 0.0000 | 0.00 | 0.00 | 600.00 |
| Regular Wages | 38.0000 | 40.00 | 1520.00 | 22714.88 |
| Sick Pay | 0.0000 | 0.00 | 0.00 | 91.20 |
| Txbl PerDiem | 0.0000 | 0.00 | 0.00 | 1331.69 |
| Vac LostBl | 0.0000 | 0.00 | 0.00 | 210.14 |
| Vacation Pay | 0.0000 | 0.00 | 0.00 | 3945.54 |
| **Total:** | | 40.00 | 1520.00 | 31481.57 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Income Tax | 69.08 | 1731.85 |
| Employee Medicare | 18.76 | 387.27 |
| Social Security Empl | 80.21 | 1655.92 |
| OH State Income Tax | 22.40 | 512.09 |
| **Total:** | 190.45 | 4287.13 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

## BEFORE TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401k Pre | 152.00 | 2944.88 |
| Dental | 21.32 | 383.76 |
| Medical | 173.50 | 3123.00 |
| Vac Buy | 31.40 | 565.20 |
| **Total:** | 378.22 | 7016.84 |

## AFTER TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401kLoan | 451.72 | 8130.96 |
| LTD | 11.25 | 202.50 |
| UIAM Dues | 0.00 | 551.52 |
| **Total:** | 462.97 | 8884.98 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1520.00 | 1141.78 | 190.45 | 841.19 | 488.36 |
| YTD: | 31481.57 | 23763.52 | 4287.13 | 15901.82 | 11292.62 |

| SICK HOURS | | VACATION HOURS | |
|---|---|---|---|
| Start Balance: | 358.78 | Year Start Balance: | 124.83 |
| + Earned: | 4.00 | | |
| - Taken: | 0.00 | - YTD Taken: | 84.00 |
| End Balance: | 362.78 | End Balance: | 40.83 |

| NET PAY DISTRIBUTION | | |
|---|---|---|
| XXXXX3355 | Checking | 488.36 |
| Total: | | 488.36 |

Message: