IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re: ) Chapter 7 Case No. 18-17036
)
   Reginald Rucker )
   Darlene Rucker ) Judge Jessica Price Smith
)
) NOTICE OF ADJOURNED MEETING
   Debtors ) OF CREDITORS (11 U.S.C. 341)

All interest parties will take notice that the Meeting of Creditors (11 U.S.C. 341) in this case has been adjourned to January 4, 2019, at 1:30 p.m. in H.M. Metzenbaum U.S. Court House, 201 Superior Avenue, Cleveland, Ohio 44114.

/s/ Sheldon Stein
SHELDON STEIN, Trustee (0007292)
S. Stein Company LLC
2200 Terminal Tower
P.O. Box 5606
Cleveland, Ohio 44113
(216) 696-7449
ssteindocs@gmail.com

SERVICE

I certify that on December 6, 2018, a true and correct copy of the Notice was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

- Keith L. Borders    kblaw123@gmail.com, kblaw123@ecf.courtdrive.com;r43582@notify.bestcase.com

- United States Trustee    (Registered address)@usdoj.gov

- Phyllis A. Ulrich    bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com

And by regular U.S. mail, postage prepaid, to the debtors, Reginald and Darlene Rucker, 4517 Saint Germain Blvd., Warrensville Heights, Ohio 44128 and to all attached creditors.

/s/ Sheldon Stein
SHELDON STEIN, Trustee (0007292)

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438-0901

Alpha Recovery Corp.
6912 S. Quentin St.
Unit 10
Englewood, CO 80112-4531

Attorney General of the U.S.
U.S. Dept. of Justice Tax Division
Civil Trial Section, Northern Reg.
P.O. Box 55, Ben Franklin Station
Washington, DC 20044-0055

Berndt & Associates, P.C.
30500 Van Dyke Avenue
Suite 702
Warren, MI 48093-2114

Brian J. Green
Signature Square 11
Suite 220
25101 Chagrin Blvd.
Beachwood, OH 44122-5656

Capital One Bank
10700 Capital One Way
Glen Allen, VA 23060-9243

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850-5298

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193-8872

D&A Services
1400 E. Touhy Avenue
Suite G2
Des Plaines, IL 60018-3338

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

FirstCredit, Inc.
P.O. Box 630838
Cincinnati, OH 45263-0838

Huntington Mortgage
P.O. Box 1558
Dept. EAW25
Columbus, OH 43216-1558

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

JH Portfolio Debt
5757 Phantom Drive Ste 225
Hazelwood, MO 63042-2429

Lending Club Corp.
71 Stevenson
Suite 300
San Francisco, CA 94105-2985

Mercantile Innovative Solutions
165 Lawrence Bell Drive
Suite 100
Buffalo, NY 14221-7900

Merrick Bank
P.O. Box 9201
Old Bethpage, NY 11804-9001

Michael C. Hennenberg
5910 Landerbrook Drive
Suite 200
Cleveland, OH 44124-6500

Nordstrom/TD Bank
13531 E. Caley Avenue
Englewood, CO 80111-6505

North East Auto Credit LLC
5700 Brookpark Road
Cleveland, OH 44129-1200

Office of the U.S. Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Courthouse
801 West Superior Ave., Suite 400
Cleveland, OH 44113-1852

Office of the U.S. Attorney
Attn: Financial LItigation Unit
Carl B. Stokes U.S. Court House
801 W. Superior Ave., Suite 400
Cleveland, OH 44113-1852

Ohio Department of Taxation
ATTN: Bankruptcy Division
P.O. Box 530
Columbus, OH 43266-0030

Patriot Security Systems, Inc.
8584-B #306 East Washington St.
Chagrin Falls, OH 44023-5369

Phillips & Cohen Associates, Ltd.
Mail Stop: 146
1002 Justison Street
Wilmington, DE 19801-5148



## Basic Printing Tips, visit avery.com/printingtips for more information

- PLEASE NOTE: Adjust printer settings for "Paper Type" to "Labels" and "Quality" to "Best" to optimize print quality.
- Check the alignment of your printed layout by first printing on a plain sheet of paper. Hold the printed sheet behind the Avery product to confirm alignment then print onto the Avery product.
- When printing label products, do not feed labels through your printer more than once. The Avery satisfaction guarantee extends only to a sheet of labels that has been fed through a printer a single time.
- Use only Avery brand products for guaranteed results.

## FREE Avery Templates & Software at avery.com/templates

### NEED HELP?
We have the answers to all your product and templates questions.
avery.com   800-GO-AVERY (800-462-8379)

---

## Conseils d'impression de base, visitez avery.ca/impression pour plus d'information

- VEUILLEZ NOTER: Réglez le paramètre « Type de papier (Paper Type) » de l'imprimante à « Étiquettes (Labels) », et le paramètre « Qualité (Quality) » à « Supérieur (Best) » pour optimiser la qualité d'impression.
- Vérifiez l'alignement de votre mise en page en imprimant d'abord sur une feuille de papier ordinaire. Tenez la feuille imprimée derrière la feuille du produit Avery. Si vous êtes satisfait avec la mise en page, imprimez sur le produit Avery.
- Lors de l'impression, n'introduisez jamais la feuille d'étiquettes plus d'une fois dans votre imprimante. La garantie de performance Avery Dennison s'applique seulement aux feuilles d'étiquettes qui ont été introduites dans l'imprimante une seule fois.
- Pour des résultats garantis, utilisez seulement les produits de marque Avery.

## Gabarits et logiciels Avery® GRATUITS à avery.ca/gabarits

### BESOIN D'AIDE?
Nous avons les réponses à toutes vos questions au sujet des produits et des gabarits.
avery.ca   800 GO-AVERY (800 462-8379)

---

## Consejos Básicos de Impresión, visita avery.com.mx para más información

- MUY IMPORTANTE: Selecciona "Etiquetas" dentro de las opciones "Tipo de Papel" y dentro de "Calidad de Impresión" elige "Óptima" para obtener los mejores resultados.
- Revisa la alineación de tu documento haciendo una prueba en una hoja en blanco. Sostén la hoja detrás del producto Avery para verificar la alineación antes de imprimir en el producto Avery.
- Al imprimir etiquetas, no alimentes la impresora con la misma hoja más de una vez. La garantía de satisfacción Avery sólo se extiende a hojas de etiquetas que han pasado por la impresora una sola vez.
- Utiliza solamente productos Avery para resultados garantizados.

## ¡GRATIS! Software y Plantillas en avery.com.mx

### ¿NECESITAS AYUDA?

| | | | |
|---|---|---|---|
| México y Centro América | 01.800.52.28379 | Argentina | 0800.777.2837 |
| | (52 55) 5093.0108 | Chile | 800.83.5105 |
| Caribe y Venezuela | (787) 753.3135 | Resto de Sud América | asistencia@averydennison.com |

©2012 Avery Dennison Corporation. All rights reserved. Avery and all other Avery brands, product names and codes are the trademarks of Avery Dennison Corporation.
©2012 Avery Dennison Corporation. Tous droits réservés. Avery et les autres marques, noms de produits et codes Avery sont des marques de commerce d'Avery Dennison Corporation.
©2012 Avery Dennison Corporation. Todos los derechos reservados. Avery y el resto de marcas, nombres de productos y códigos Avery son marcas registradas de Avery Dennison Corporation.

Rev 05.25.12

MIX
Label from responsible sources
Étiquette issue de sources responsables
Etiqueta procedente de fuentes responsables
FSC® C007278

RKB Finance, LLC
3690 Orange Place
Suite 420
Beachwood, OH 44122-4438

Sean Burke
25101 Chagrin Blvd.
Suite 220
Beachwood, OH 44122-5656

Shapero & Green LLC
25101 Chagrin Boulevard
Suite 220
Beachwood, OH 44122-5656

The LGM Company Inc.
5755 Granger Road
Suite 777
Independence, OH 44131-1459

US Bank
CRA Management
P.O. Box 3447
Oshkosh, WI 54903-3447

Weltman, Weinberg & Reis Co., L.P.A
965 Keynote Circle
Independence, OH 44131-1829

Darlene Rucker
4517 Saint Germain Blvd.
Warrensville Heights, OH 44128-6205

Reginald Rucker
4517 Saint Germain Blvd.
Warrensville Heights, OH 44128-6205



## Basic Printing Tips, visit avery.com/printingtips for more information

- PLEASE NOTE: Adjust printer settings for "Paper Type" to "Labels" and "Quality" to "Best" to optimize print quality.
- Check the alignment of your printed layout by first printing on a plain sheet of paper. Hold the printed sheet behind the Avery product to confirm alignment then print onto the Avery product.
- When printing label products, do not feed labels through your printer more than once. The Avery satisfaction guarantee extends only to a sheet of labels that has been fed through a printer a single time.
- Use only Avery brand products for guaranteed results.

## FREE Avery Templates & Software at avery.com/templates

### NEED HELP?
We have the answers to all your product and templates questions.
avery.com   800-GO-AVERY (800-462-8379)

---

## Conseils d'impression de base, visitez avery.ca/impression pour plus d'information

- VEUILLEZ NOTER: Réglez le paramètre « Type de papier (Paper Type) » de l'imprimante à « Étiquettes (Labels) », et le paramètre « Qualité (Quality) » à « Supérieur (Best) » pour optimiser la qualité d'impression.
- Vérifiez l'alignement de votre mise en page en imprimant d'abord sur une feuille de papier ordinaire. Tenez la feuille imprimée derrière la feuille du produit Avery. Si vous êtes satisfait avec la mise en page, imprimez sur le produit Avery.
- Lors de l'impression, n'introduisez jamais la feuille d'étiquettes plus d'une fois dans votre imprimante. La garantie de performance Avery Dennison s'applique seulement aux feuilles d'étiquettes qui ont été introduites dans l'imprimante une seule fois.
- Pour des résultats garantis, utilisez seulement les produits de marque Avery.

## Gabarits et logiciels Avery® GRATUITS à avery.ca/gabarits

### BESOIN D'AIDE?
Nous avons les réponses à toutes vos questions au sujet des produits et des gabarits.
avery.ca   800 GO-AVERY (800 462-8379)

---

## Consejos Básicos de Impresión, visita avery.com.mx para más información

- MUY IMPORTANTE: Selecciona "Etiquetas" dentro de las opciones "Tipo de Papel" y dentro de "Calidad de Impresión" elige "Óptima" para obtener los mejores resultados.
- Revisa la alineación de tu documento haciendo una prueba en una hoja en blanco. Sostén la hoja detrás del producto Avery para verificar la alineación antes de imprimir en el producto Avery.
- Al imprimir etiquetas, no alimentes la impresora con la misma hoja más de una vez. La garantía de satisfacción Avery sólo se extiende a hojas de etiquetas que han pasado por la impresora una sola vez.
- Utiliza solamente productos Avery para resultados garantizados.

## ¡GRATIS! Software y Plantillas en avery.com.mx

### ¿NECESITAS AYUDA?

| | | | |
|---|---|---|---|
| México y Centro América | 01.800.52.28379 | Argentina | 0800.777.2837 |
| | (52 55) 5093.0108 | Chile | 800.83.5105 |
| Caribe y Venezuela | (787) 753.3135 | Resto de Sud América | asistencia@averydennison.com |

©2012 Avery Dennison Corporation. All rights reserved. Avery and all other Avery brands, product names and codes are the trademarks of Avery Dennison Corporation.
©2012 Avery Dennison Corporation. Tous droits réservés. Avery et les autres marques, noms de produits et codes Avery sont des marques de commerce d'Avery Dennison Corporation.
©2012 Avery Dennison Corporation. Todos los derechos reservados. Avery y el resto de marcas, nombres de productos y códigos Avery son marcas registradas de Avery Dennison Corporation.

Rev. 05.25.12



MIX
Label from responsible sources
Étiquette issue de sources responsables
Etiqueta procedente de fuentes responsables
FSC® C007278